IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:25-mj-470 |
| | ) | Court Date:  September 15, 2025 |
| NOAH NELSON, | ) | |
| | ) | |
| Defendant. | ) | |

## SUPERSEDING CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E2408152)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 5th, 2025, at Joint Base Myer-Henderson Hall, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, NOAH NELSON, did unlawfully drive and operate a motor vehicle while under the influence of alcohol.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-266(ii).)

Count II (Petty Offense – E2408153)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 5th, 2025, at Joint Base Myer-Henderson Hall, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, NOAH NELSON, did operate a motor vehicle and did, after being advised of the consequences of a refusal, unreasonably refuse to consent to a chemical test of his breath to prove the alcohol content in his blood after an arrest for driving under the influence.

(In violation of 32 Code of Federal Regulations, Section 634.25(f), adopting Virginia Code Section 18.2-268.3.)

Count III (Petty Offense)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 5th, 2025, at Joint Base Myer-Henderson Hall, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, NOAH NELSON, did unlawfully consume an alcoholic beverage while driving a motor vehicle upon a public highway.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-323.1.)

Respectfully submitted,

Erik S. Siebert
United States Attorney

By:     _____/s/_____
        Cain Crouse
        Special Assistant United States Attorney
        United States Attorney's Office
        Eastern District of Virginia
        2100 Jamieson Avenue
        Alexandria, VA 22314
        Phone: 703-299-3896
        Fax: 703-299-3980
        Email: cain.crouse@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on August 26, 2025, I filed the foregoing document with the Clerk of Court

using the CM/ECF system, which will cause a true and accurate copy of this document to be

transmitted to counsel of record.


By:    _____/s/_____
                Cain Crouse
                Special Assistant United States Attorney
                United States Attorney's Office
                Eastern District of Virginia
                2100 Jamieson Avenue
                Alexandria, VA 22314
                Phone: 703-299-3896
                Fax: 703-299-3980
                Email: cain.crouse@usdoj.gov